**Denied and Opinion Filed December 2, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00424-CV**

**IN RE JESSICA DIXON, Relator**

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19277**

## MEMORANDUM OPINION

Before Justices Reichek and Carlyle[1]
Opinion by Justice Reichek

We reinstate this original proceeding on relator's motion informing us that the bankruptcy that led to the abatement has been dismissed. In May 2022, this Court abated this original proceeding due to relator's bankruptcy proceeding. On November 19, 2024, relator filed her Motion to Reinstate Petition for Writ of Mandamus, advising the Court that her bankruptcy case was dismissed and requesting that we reinstate this proceeding. Accordingly, we grant the motion and reinstate this original proceeding.

---

[1] The Honorable Justice Schenck was originally a member of this panel but did not participate in this opinion because his term expired on December 31, 2022.

Relator's petition for writ of mandamus complains about the trial court's failure to rule on her application for an order or docket entry administratively closing the case. Entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that she has no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the petition and the record before us, we conclude relator has not shown her entitlement to the requested relief.

Accordingly, we deny relator's petition for writ of mandamus.

220242f.p05

/Amanda L. Reichek//
AMANDA L. REICHEK
JUSTICE